**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**TRACEY DAVID JOYNER**                                            **CIVIL ACTION**

**VERSUS**                                                                      **NO. 18-11602**

**ROBERT TANNER, ET AL.**                                      **SECTION: "A"(1)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the response to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** plaintiff's complaint be **DISMISSED WITH PREJUDICE** as malicious and/or frivolous.

February 25, 2019

_____
**UNITED STATES DISTRICT JUDGE**